UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>            Plaintiff,<br><br>    v.<br><br>NIHAL, LLC,<br><br>            Defendant. | Case No. 2:23-cv-00577-KJM-JDP (PS)<br><br>**ORDER TO SHOW CAUSE**<br><br>RESPONSE DUE WITHIN FOURTEEN-DAYS |

On January 12, 2024, plaintiff filed a proof of service reflecting that defendant was served a copy of the summons and complaint on February 5, 2024. ECF No. 6. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), defendant was required to file and serve an answer to the complaint by no later than February 26, 2024. On that date, attorney Philip Stillman filed a notice of appearance of counsel for defendant. ECF No. 7. Mr. Stillman did not, however, file an answer to complaint on defendant's behalf.

Accordingly, defendant is ordered to show cause, within fourteen days, why sanctions should not be imposed for its failure to timely file an answer to plaintiff's complaint. Defendant shall also file an answer to plaintiff's complaint within fourteen days of the date of this order. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant's default be entered.

IT IS SO ORDERED.

Dated:    June 4, 2024                                                                  
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE