UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>            Plaintiff,<br><br>    v.<br><br>NIHAL, LLC,<br><br>            Defendant. | Case No.  2:23-cv-00577-KJM-JDP (PS)<br><br>**ORDER**<br><br>DISCHARGING THE JUNE 5, 2024 ORDER TO SHOW CAUSE<br><br>ECF No. 8 |

For good cause shown in defendant's response, ECF No. 10, the court discharges its June 5, 2024 order to show cause, ECF No. 8.

IT IS SO ORDERED.

Dated:    July 3, 2024                                    _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE